**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NICHOLAS MATEO**
**THOMPSON SUBIDO**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **NICHOLAS MATEO THOMPON SUBDIO,** | No.   2:16-cv-00079-CMK |
| **Plaintiff,** | |
| | **STIPULATION AND  ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 25, 2016.

[Pleading Title] - 1

Dated:  July 15, 2016                                       /s/     *Jesse S. Kaplan*
                                                            JESSE S. KAPLAN
                                                            Attorney for Plaintiff


                                                            BENJAMIN B. WAGNER
                                                            United States Attorney
                                                            DEBORAH LEE STACHEL
                                                            Acting Regional Counsel, Region IX
                                                            Social Security Administration

Dated:  July 15, 2016                                        */s/ per e-mail authorization*

                                                            Asim Modi
                                                            Special Assistant U.S. Attorney
                                                            Attorney for Defendant


### ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to July 25, 2016.

SO ORDERED.

Dated:  July 20, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE