PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ORLANDO SUBIDO O.B.O. N.M.T.S., minor, | Case No.: 2:16-cv-0079-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN Acting Commissioner of Social Security, | |
| Defendant. | |

IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 30 days to **October 14, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her summary judgment motion by September 14, 2016.  For

1  example, counsel for Defendant is currently responsible for drafting briefs and summary
2  judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal
3  Access to Justice Act before the district courts within the Ninth Circuit.  In particular, counsel for
4  Defendant must prepare briefs and summary judgment motions in at least five separate district
5  court cases prior to the end of this month.  Counsel for Defendant is also drafting an appellate
6  brief for a Social Security case before the Ninth Circuit.  Additionally, counsel for Defendant is
7  currently responsible for conducting discovery and preparing substantive motions in personnel-
8  related litigation matters pending before the Equal Employment Opportunity Commission
9  (EEOC) and Merit Systems Protection Board.  Furthermore, counsel for Defendant is currently
10  drafting an appellate brief in personnel litigation before the EEOC's Office of Federal
11  Operations.
12        Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused
13  by this delay.

14
15                                                    Respectfully submitted,
16
17  Date: *September 6, 2016*                          JESSE S. KAPLAN

18                                          By:       */s/ Asim H. Modi for Jesse S. Kaplan\**
                                                      JESSE S. KAPLAN
19                                                    *\*Authorized by email on September 6, 2016*
                                                      Attorneys for Plaintiff
20
21  Date: *September 6, 2016*                          PHILLIP A. TALBERT
                                                      Acting United States Attorney
22                                                    DEBORAH LEE STACHEL
                                                      Regional Chief Counsel, Region IX
23                                                    Social Security Administration
24
                                            By:       */s/ Asim H. Modi*
25                                                    ASIM H. MODI
                                                      Special Assistant United States Attorney
26                                                    Attorneys for Defendant
27
28

ORDER

APPROVED AND SO ORDERED

Dated:  September 14, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE