PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ORLANDO SUBIDO O.B.O. N.M.T.S., minor,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-0079-CMK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 14 days to **October 28, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's second request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her summary judgment motion by October 14, 2016.

1  Specifically, counsel for Defendant was recently ordered to appear in person on October 11,
2  2016, for oral arguments in multiple Social Security matters before the District of Hawaii; thus,
3  due to the preparation and travel to Hawaii for these oral arguments, counsel for Defendant has
4  been unable to attend to the instant case.  Additionally, counsel for Defendant remains
5  responsible for drafting an appellate brief for a Social Security case before the Ninth Circuit,
6  drafting briefs and summary judgment motions in Social Security cases before the district courts
7  within the Ninth Circuit, and negotiating (or litigating) attorney fee matters pursuant to the Equal
8  Access to Justice Act. Counsel for Defendant is also currently responsible for drafting
9  substantive pleadings and preparing for a hearing in personnel litigation before the Merit
10 Systems Protection Board.
11         Counsel for Defendant sincerely apologizes to Plaintiff and the Court for any
12 inconvenience caused by this delay.

                                            Respectfully submitted,

Date: *October 12, 2016*                    JESSE S. KAPLAN

                                     By:    */s/ Asim H. Modi for Jesse S. Kaplan\**
                                            JESSE S. KAPLAN
                                            *\*Authorized by email on October 12, 2016*
                                            Attorneys for Plaintiff

Date: *October 12, 2016*                    PHILLIP A. TALBERT
                                            Acting United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                     By:    */s/ Asim H. Modi*
                                            ASIM H. MODI
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated: October 27, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE