**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NICHOLAS MATEO**
**THOMPSON SUBIDO**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ORLANDO SUBIDO FOR N.M.T.S., a minor,** | No.   2:16-cv-00079-CMK |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF** |
| **v.** | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to November 22, 2016.

[Pleading Title] - 1

Dated: November 18, 2016          /s/   *Jesse S. Kaplan*
                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff


                                  PHILIP TALBERT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Counsel, Region IX
                                  Social Security Administration

Dated: November 18, 2016           */s/ per e-mail authorization*

                                  Asim Modi
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant


## **ORDER**

   For good cause shown on the basis of this stipulation, the requested extension of time is granted. Plaintiff's reply brief, filed November 22, 2016, is deemed timely.

   SO ORDERED.


Dated: November 30, 2016          _____
                                  CRAIG M. KELLISON
                                  UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2