# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MATEO THOMPSON SUBIDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. 2:16-CV-0079-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. While defendant has consented to Magistrate Judge jurisdiction, plaintiff has failed to inform the court of his election and has failed to respond to the court's February 17, 2017, order to show cause why sanctions should not be imposed for failure to do so. The court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 randomly assign a District Judge to this case and to update the docket to reflect the new case
3 number.

5  DATED: March 30, 2017

                                                                    **CRAIG M. KELLISON**
                                                                      UNITED STATES MAGISTRATE JUDGE