# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAUS MATEO THOMPSON SUBIDO, | No. 2:16-CV-0079-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on February 13, 2018. Pending before the court in this closed matter is plaintiff's counsel's motion (Doc. 38) for an extension of time to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Good cause appearing therefor, counsel's request is granted. Counsel may file his motion for attorney's fees within 60 days of the date of this order.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE